# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMPSON and** | : | |
| **ROSALIE THOMPSON,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | No. 14-1510 |
| v. | : | |
| | : | |
| **CITY OF CHESTER et al.,** | : | |
| Defendants. | : | |

## ORDER

On this 17th day of February, 2015, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint and Plaintiffs' Response, it is **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE.**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge